**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000448**
**11-MAY-2023**
**07:54 AM**
**Dkt. 59 OAWST**

NOS. CAAP-22-0000448 and CAAP-22-0000449
(Consolidated under No. CAAP-22-0000448)

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

### CAAP-22-0000448

IN THE MATTER OF THE GARRET Y.H. CHOY
REVOCABLE TRUST DATED APRIL 17, 1995, AS AMENDED

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CTR-22-0000041)

### CAAP-22-0000449

IN THE MATTER OF THE ESTATE OF GARRET Y.H. CHOY

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CLP-22-0000294)

### ORDER
(By: Ginoza, Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice of Appeal, filed on April 28, 2023, by Petitioner-Appellant Christopher W.H. Choy and Respondent-Appellee Rose Choy, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, May 11, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge